318

935 A.2d 1274

Nasir WYNN, Petitioner,

v.

Honorable Rea BOYLAND, Court of Common Pleas of Philadelphia County, Commonwealth of Pennsylvania Board of Probation and Parole; Raymond J. Sobina, Shelly L. Thompson, Respondents.

No. 149 EM 2007.

Supreme Court of Pennsylvania.

Nov. 8, 2007.

**ORDER**

PER CURIAM.

**AND NOW,** this 8th day of November, 2007, the Application for Leave to File Original Process is granted. The Petition for Writ of Habeas Corpus and/or Writ of Prohibition and Application for an Immediate Hearing are denied. The judges' names are to be stricken from the caption.